THE STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. ROBERT NEILD, DEFENDANT-APPELLANT.

Argued April 1, 1968—Decided April 4, 1968.

*Mr. Joseph A. Davis* argued the cause for appellant.

*Mr. John D. Grossi* argued the cause for respondent (*Mr. James A. Tumulty, Jr.,* attorney).

PER CURIAM. Appellant seeks to raise the question whether the constitution required explicit advice to him of his right to appeal from his criminal conviction. No such issue was projected in the trial court in this post-conviction proceeding. It was first sought to be raised in the Appellate Division without any factual grounding in the record. This being so, there is no basis for the present appeal and it is, therefore, dismissed.

*For dismissal* — Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANE-MAN—7.